UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 4:12CR12(JCH) |
| JAMIL BARHOUMI, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **May 14, 2012**, in the courtroom of the undersigned at 9 a.m.

Dated this 29th day of March, 2012

    \s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE